UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 2:24-cv-08894-SJB-JMW

GUSTAVO GONZALEZ and
WILLIAM KANE, individually and on
behalf of all others similarly situated,

    Plaintiffs

vs.

800-FLOWERS, INC. d/b/a
1-800-FLOWERS.COM, HARRY &
DAVID, PERSONALIZATION MALL,
SHARI'S BERRIES, 1-800-BASKETS.COM,
SIMPLY CHOCOLATE, FRUIT
BOUQUETS.COM, CHERYL'S COOKIES,
THE POPCORN FACTOR, WOLFERMAN'S
BAKERY, and VITAL CHOICE,

    Defendant.
_____/

## NOTICE OF MOTION TO WITHDRAWAL OF ARUN G. RAVINDRAN AS COUNSEL FOR PLAINTIFF

Plaintiff, by and through the undersigned counsel, hereby moves this Court to allow the undersigned to withdraw as counsel of record in this matter because he is leaving employment at Hedin LLP. Counsel at Hedin LLP will remain as counsel of record. Counsel for Defendant consents to the relief sought herein.

Dated: February 28, 2025

                                              Respectfully submitted,

                                              By: */s/ Arun G. Ravindran*
                                              Arun G. Ravindran, Esq.(66247)
                                              E-Mail: arun@ravindranlaw.com
                                              **RAVINDRAN LAW FIRM, PLLC**
                                              2525 Ponce de Leon Blvd., Suite 300
                                              Coral Gables, FL 33134
                                              Telephone: 305.677.8713

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 28, 2025, I electronically filed the foregoing documents with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF on those parties who are registered CM/ECF participants in this case.

By: /s/ *Arun G. Ravindran*

Arun G. Ravindran, Esq.(66247)
E-Mail: arun@ravindranlaw.com
**RAVINDRAN LAW FIRM, PLLC**
2525 Ponce de Leon Blvd., Suite 300
Coral Gables, FL 33134
Telephone: 305.677.8713