UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 2:24-cv-08894-SJB-JMW

GUSTAVO GONZALEZ and
WILLIAM KANE, individually and on
behalf of all others similarly situated,

    Plaintiffs

vs.

800-FLOWERS, INC. d/b/a
1-800-FLOWERS.COM, HARRY &
DAVID, PERSONALIZATION MALL,
SHARI'S BERRIES, 1-800-BASKETS.COM,
SIMPLY CHOCOLATE, FRUIT
BOUQUETS.COM, CHERYL'S COOKIES,
THE POPCORN FACTOR, WOLFERMAN'S
BAKERY, and VITAL CHOICE,

    Defendant.

_____/

### [PROPOSED] ORDER TO WITHDRAW AS COUNSEL

THIS CAUSE comes before the Court upon Plaintiff's Motion to Permit Arun Ravindran, Esq. to Withdraw as Counsel of Record. The Court has considered the Motion and the record.

It is therefore,

ORDERED AND ADJUDGED that the Plaintiff's Motion is GRANTED. The Clerk of the Court is directed to remove Arun Ravindran, Esq. as an attorney of record.

DONE AND ORDERED on this __ day of February, 2025.

                                                    _____
                                                  Honorable Judge Sanket J. Bulsura
                                                  EASTERN DISTRICT OF NEW YORK