UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

GUSTAVO GONZALEZ and WILLIAM KANE,
individually and on behalf of all others similarly
situated,

                    Plaintiffs,

     v.

800-FLOWERS, INC., D/B/A 1-800-
FLOWERS.COM, HARRY & DAVID,
PERSONALIZATION MALL, SHARI'S BERRIES,
1-800-BASKETS.COM, SIMPLY CHOCOLATE,
FRUIT BOUQUETS.COM, CHERYL'S COOKIES,
THE POPCORN FACTORY, WOLFERMAN'S
BAKERY, and VITAL CHOICE,

               Defendants.

Case No. 2:24-cv-08894-SJB-JMW

**MOTION FOR
ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, Ari N. Rothman hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendants 800-FLOWERS, Inc., Harry & David, Personalization Mall, Shari's Berries, 1-800-Baskets.Com, Simply Chocolate, FruitBouquets.Com, Cheryl's Cookies, The Popcorn Factory, Wolferman's Bakery, and Vital Choice in the above-captioned action.

I am a member in good standing of the bar of the District of Columbia, the State of Nevada, the State of California, and an inactive member in good standing of the bar of State of Ohio. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or

1

denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: Washington, DC  
       March 12, 2025

Respectfully submitted,

By:  */s/ Ari N. Rothman*  
    Ari N. Rothman  
    **VENABLE LLP**  
    600 Massachusetts Avenue, NW  
    Washington, DC 20001  
    Tel.: (202) 344.4220  
    ANRothman@Venable.com

    *Attorneys for Defendants*