UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUSTAVO GONZALEZ and WILLIAM KANE, individually and on behalf of all others similarly situated<br><br>                        Plaintiffs,<br>    v.<br><br>800-FLOWERS, INC., D/B/A 1-800-FLOWERS.COM, HARRY & DAVID, PERSONALIZATION MALL, SHARI'S BERRIES, 1-800-BASKETS.COM, SIMPLY CHOCOLATE, FRUIT BOUQUETS.COM, CHERYL'S COOKIES, THE POPCORN FACTORY, WOLFERMAN'S BAKERY, and VITAL CHOICE,<br><br>                        Defendants. | Case No. 2:24-cv-08894-SJB-JMW<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Ari N. Rothman pursuant to Local Civil Rule 1.3 for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar the District of Columbia, Nevada, California, and Ohio; and that his contact information is as follows:

>Ari N. Rothman
>**VENABLE LLP**
>600 Massachusetts Avenue, NW
>Washington, DC 20001
>Tel.: (202) 344.4220
>ANRothman@Venable.com

Applicant has moved for admission *pro hac vice* to appear for all purposes as counsel for Defendants 800-FLOWERS, Inc., Harry & David, Personalization Mall, Shari's Berries, 1-800-Baskets.Com, Simply Chocolate, FruitBouquets.Com, Cheryl's Cookies, The Popcorn Factory, Wolferman's Bakery, and Vital Choice in the above-entitled action;

**IT IS HEREBY ORDERED** that applicant is admitted to practice and appear *pro hac vice* in the above-captioned case in the United States District Court for the Eastern District of New York on behalf of Defendants. All attorneys appearing before this court, including attorneys

1

admitted *pro hac vice*, are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

**SO ORDERED.**

Dated _____, 2025    _____
                                   HON. JAMES M. WICKS