

1395 Brickell Avenue, Suite 610  
Miami, Florida 33131-3353  
www.hedinllp.com

**Elliot O. Jackson**  
(305) 357-2107  
ejackson@hedinllp.com

July 2, 2025

Hon. Sanket J. Bulsara  
United States District Judge  
Eastern District of New York  
100 Federal Plaza  
Central Islip, NY 11722

Re: *Gonzalez et al. v. 800-Flowers, Inc.*, No. 24-cv-08894- SJB-JMW

Dear Judge Bulsara:

On behalf of Plaintiffs Tiffany Brundage and Anna Garr, I write to provide the certificate of compliance concerning the Response in Opposition. (ECF No. 17.) I hereby certify, pursuant to the Court's Individual Practices and Local Civil Rule 7.1, that the total number of words in the Response in Opposition at D.E. 17 is 1,683. Thus, Plaintiffs' filing complies with the word limit articulated in the Court's Individual Practices and Local Civil Rule 7.1.

Respectfully Submitted,

**HEDIN LLP**

Elliot O. Jackson

*Counsel for Plaintiffs and the Putative Class*

Cc: Counsel of Record via CM/ECF