**VENABLE** LLP

600 MASSACHUSETTS AVE., NW   WASHINGTON, DC 20001
**T** 202.344.4000   **F** 202.344.8300   www.Venable.com

August 21, 2025

t 202.344.4220
f 202.344.8300
ANRothman@Venable.com

**VIA ECF**
The Honorable James M. Wicks
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722

Re: *Gonzalez, et al. v. 800-Flowers, Inc.*, No. 24-cv-08894-SJB-JMW
800-Flowers, Inc.'s Motion to Adjourn Initial Conference and Deadline for Submission of the Proposed Rule 26(f) Scheduling Order

Dear Judge Wicks:

We write on behalf of defendant 800-Flowers, Inc., which, with plaintiffs' consent and in accordance with your Honor's Individual Practice Rules, requests an adjournment of the Initial Conference, currently set for August 27, 2025, and an adjournment of the deadline for the submission of the Proposed Rule 26(f) Scheduling Order, currently due on August 22, 2025.

On June 23, 2025, 800-Flowers filed a pre-motion letter for its anticipated motion to dismiss and motion to compel arbitration (Docket Entry ("DE") 16). As set forth in the Court's July 18, 2025, Order, the Court then directed the parties to proceed to full motion practice on the motion to compel arbitration. The Court adopted the parties' proposed briefing schedule (DE 19) pursuant to which 800-Flowers' deadline to serve its motion on opposing counsel or withdraw its intention to do so is September 15, 2025. (August 4, 2025, Order.)

800-Flowers does not believe discovery should occur until after the Court rules on its anticipated motion to compel arbitration or notifies plaintiffs and the Court that it will not do so. 800-Flowers current intention is to file a motion to compel arbitration, and the Court has set a deadline of September 15, 2025, for 800-Flowers to serve its motion on opposing counsel or withdraw its intention to do so. (August 4, 2025, Order.) Briefing on the motion will not be complete until November 7, 2025. (Id.) Engaging in discovery prior to resolving arbitration would be inconsistent with 800-Flowers' position that this dispute must be resolved in arbitration.

Accordingly, 800-Flowers respectfully requests that the upcoming conference with this Court, and all discovery and discovery-related activities, should be deferred until after either the Court rules or 800-Flowers withdraws its intention to proceed with its arbitration motion.



The Honorable James M. Wicks
August 21, 2025
Page 2

      Plaintiffs stated they will oppose the motion to compel arbitration, but agree that discovery should not proceed before resolution of the arbitration issue. However, plaintiffs stated that they reserve the right to seek leave to take limited discovery related to issues bearing on their opposition to any motion to compel arbitration, to the extent necessary and appropriate following the filing of such a motion, and 800-Flowers reserves the right to respond to any such motion.

      Nonetheless, the parties agreed, and request in the interests of judicial economy, and to preserve party and Court resources, that this Court adjourn the Initial Conference set for August 27, 2025, until December 17, 2025, or thereafter as is convenient for the Court, and further, respectfully request that the Proposed Rule 26(f) Scheduling Order be due on or before December 10, 2025. This will allow for complete briefing, any hearing that the Court might convene, and time for the Court to rule on the forthcoming motion.

      This is the third request to adjourn the Initial Conference. This request is made in good faith and not for the purpose of causing undue delay.

                                                                  Respectfully submitted,

                                                                  Ari N. Rothman (*pro hac vice*)
                                                                  *Counsel to 800-Flowers, Inc.*

cc: All counsel of record (via ECF)