

600 MASSACHUSETTS AVE., NW   WASHINGTON, DC 20001
T 202.344.4000   F 202.344.8300   www.Venable.com

September 15, 2025

t 202.344.4220
f 202.344.8300
ANRothman@Venable.com

**VIA ECF**
The Honorable Sanket J. Bulsara
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    *Gonzalez, et al. v. 800-Flowers, Inc.*, No. 24-cv-08894-SJB-JMW
             Confirmation of Service of 800-Flowers, Inc.'s Motion to Compel Arbitration

Dear Judge Bulsara:

On behalf of 800-Flowers, Inc., we write pursuant to Section VI.D. of Your Honor's Individual Practices to confirm that, pursuant to your August 4, 2025, Order, 800-Flowers has served today via email its notice of motion to compel arbitration and stay proceedings pending arbitration, or alternatively, to strike class claims; the accompanying memorandum of law; and the declarations of Jay Sweeney and Kathleen Castellanos with the exhibits annexed thereto.

                                                  Respectfully submitted,

                                                  Ari N. Rothman (*pro hac vice*)
                                                  *Attorney for 800-Flowers, Inc.*

cc: All counsel of record (via ECF)