

1395 Brickell Avenue, Suite 610  
Miami, Florida 33131-3353  
www.hedinllp.com

Elliot O. Jackson  
(305) 357-2107  
ejackson@hedinllp.com

October 13, 2025

Hon. James M. Wicks  
United States Magistrate Judge  
Eastern District of New York  
100 Federal Plaza  
Central Islip, NY 11722

**Re:** *Brundage et al. v. 800-Flowers, Inc.*, **No. 24-cv-08894- SJB-JMW**

Dear Judge Wicks:

      On behalf of Plaintiffs Tiffany Brundage and Anna Garr, I write to request an extension of the briefing schedule on Defendant's Motion to Compel Arbitration. (*See* Defendant's Letter, ECF No. 21.) Plaintiffs have not previously requested an extension of a deadline associated with Defendant's Motion, though Defendant requested and obtained extensions of time to bring the Motion.

      Plaintiffs' current deadline to serve a response in opposition to Defendant's Motion is October 15, 2025, and Defendant's current deadline to file a reply brief in support of the Motion is November 7, 2025. Plaintiffs request an extension of time to file their response in opposition to the Motion to afford them time to obtain important discovery bearing on the issues presented in the Motion. Specifically, after reviewing the Motion, it became apparent to Plaintiffs that they cannot adequately respond to the Motion without first obtaining the electronic records in Defendant's possession concerning Plaintiffs' interactions on Defendant's e-commerce platform and their purchases of Defendant's products on that platform—records which are repeatedly referenced by, but are not attached to, the declarations submitted by Defendant in support of its Motion.[1] Promptly following their review of the Motion and the accompanying declarations, Plaintiffs' counsel commenced a meet and confer process with Defendant's counsel concerning this issue, but to date have been unable to reach an agreement.

---

[1] Even before the Motion was filed, Plaintiffs foresaw the possibility that discovery might need to be exchanged before a response is filed to the Motion and advised the Court accordingly. *See, e.g.,* ECF No. 20 (Defendant's Motion to Adjourn Initial Conference and Deadline for Submission of the Proposed Rule 26(f) Scheduling Order, which Plaintiffs did not oppose, expressly noting that Plaintiffs "reserve[d] the right to seek leave to take limited discovery related to issues bearing on their opposition to any motion to compel arbitration, to the extent necessary and appropriate following the [service] of such a motion").

Earlier today, Plaintiffs served written discovery requests to Defendant, seeking the electronic records in its possession concerning Plaintiffs' interactions and purchases on its platform.

Accordingly, Plaintiffs request a 45-day extension of their deadline to serve Defendant with their response in opposition to the Motion, from October 15, 2025 to November 29, 2025, to afford them time to obtain and review these records. This extension, if granted, would naturally require extending the deadline for Defendant to serve Plaintiffs with its reply brief in further support of the Motion, from November 7, 2025 to December 23, 2025 (or another date thereafter convenient for Defendant and the Court). This request is made in good faith and not for the purpose of causing undue delay.

Respectfully Submitted,

**HEDIN LLP**

Elliot O. Jackson

*Counsel for Plaintiffs and the Putative Class*

Cc: Counsel of Record via CM/ECF