

1395 Brickell Avenue, Suite 610  
Miami, Florida 33131-3353  
www.hedinllp.com

**Elliot O. Jackson**  
(305) 357-2107  
ejackson@hedinllp.com

October 28, 2025

Hon. Sanket J. Bulsara  
United States District Judge  
Eastern District of New York  
100 Federal Plaza  
Central Islip, NY 11722

**Re:** <u>***Brundage et al. v. 800-Flowers, Inc.*, No. 24-cv-08894- SJB-JMW**</u>

Dear Judge Bulsara:

On behalf of Plaintiffs Tiffany Brundage and Anna Garr, I write to request an extension of the briefing schedule on Defendant's Motion to Compel Arbitration. *See* Defendant's Letter, Docket Entry "DE" [21]. This is Plaintiffs' second request for an extension of their deadline associated with Defendant's Motion.

Plaintiffs' current deadline to serve a response in opposition to Defendant's Motion is October 29, 2025, and Defendant's current deadline to file a reply brief in support of the Motion is November 21, 2025. On October 17, 2025, Plaintiffs filed a letter motion for a declaration that they were entitled to seek discovery or, in the alternative, leave to seek discovery *nunc pro tunc*. *See* DE [24]. On October 21, 2025, Defendant opposed that letter motion. *See* DE [25]. On October 27, 2025, the Court denied Plaintiffs' letter motion.

Given the timing of the Court's Order on Plaintiffs' letter motion, Plaintiffs respectfully request a second extension of time to serve their response in opposition to Defendant's Motion to Compel Arbitration. Specifically, Plaintiffs request that this Court extend their deadline to respond to Defendant's Motion from October 29, 2025 to November 12, 2025. This extension, if granted, would naturally require extending the deadline for Defendant to serve Plaintiffs with its reply brief in further support of the Motion, and Defendant requested until December 12, 2025, given the intervening Thanksgiving holiday. This request is made in good faith and not for the purpose of causing undue delay.

Plaintiffs note that they could not file this letter motion any sooner because they had to ascertain whether Defendant opposed the relief requested in this letter motion. Defendant has advised Plaintiffs that it does not oppose the relief requested herein if the Court permits Defendant to serve its reply on December 12, 2025.

Respectfully Submitted,

**HEDIN LLP**

Elliot O. Jackson

*Counsel for Plaintiffs and the Putative Class*

Cc: Counsel of Record via CM/ECF

## WORD COUNT CERTIFICATION

I hereby certify, pursuant to the Court's Individual Practices and Local Civil Rule 7.1, that this Letter Motion contains 300 words in compliance with the word limit articulated in the Court's Individual Practices and Local Civil Rule 7.1.

HEDIN LLP
1395 Brickell Avenue • Suite 610
Miami, Florida 33131-3353
(305) 357-2107 • www.hedinllp.com