**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GUSTAVO GONZALEZ and WILLIAM KANE,<br><br>   Plaintiffs,<br><br>   v.<br><br>800-FLOWERS, INC., D/B/A 1-800 FLOWERS.COM, HARRY & DAVID, PERSONALIZATION MALL, SHARI'S BERRIES, 1-800-BASKETS.COM, SIMPLY CHOCOLATE, FRUIT BOUQUETS.COM, CHERYL'S COOKIES, THE POPCORN FACTORY, WOLFERMAN'S BAKERY, and VITAL CHOICE,<br><br>   Defendant. | Case No. 2:24-cv-08894-SJB-JMW |

**NOTICE OF DEFENDANT 800-FLOWERS, INC.'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS PENDING ARBITRATION, <u>OR ALTERNATIVELY, TO STRIKE CLASS CLAIMS</u>**

PLEASE TAKE NOTICE that defendant 800-Flowers, Inc. through undersigned counsel, will and hereby does move the Court pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1 *et seq.*, to compel plaintiffs Anna Garr and Tiffany Brundage to arbitrate their claims and to stay this litigation pending completion of their arbitrations, or alternatively, to strike plaintiffs' class claims. 800-Flowers is entitled to the relief it seeks pursuant to the Federal Arbitration Act, 9 U.S.C. § 2 and the legal authorities cited in the accompanying memorandum of points and authorities. Garr and Brundage contractually agreed to arbitrate their claims and forego pursuing class claims.

This motion is based on this notice, the accompanying memorandum of law, declarations of Jay Sweeney and Kathleen Castellanos along with the exhibits annexed thereto, the complete

court file, including the records and pleadings on file in this matter, and any other oral or documentary evidence that may be presented to the Court at the time of the hearing.

Dated: September 15, 2025

Respectfully submitted,

*/s/ Ari N. Rothman*
Ari N. Rothman (*pro hac vice*)
VENABLE LLP
600 Massachusetts Avenue, N.W.
Washington, DC 20001
(202) 344-4220
anrothman@venable.com

John C. Vazquez
VENABLE LLP
151 W 42nd Street
New York, NY 10036
jcvazquez@venable.com
(212) 307-6293

*Attorneys for 800-Flowers, Inc.*