# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TIFFANY BRUNDAGE and ANNA GARR, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | Case No. 2:24-cv-08894-SJB-JMW |
| v. | |
| 800-FLOWERS, INC., D/B/A 1-800-FLOWERS.COM, HARRY & DAVID, PERSONALIZATION MALL, SHARI'S BERRIES, 1-800-BASKETS.COM, SIMPLY CHOCOLATE, FRUIT BOUQUETS.COM, CHERYL'S COOKIES, THE POPCORN FACTORY, WOLFERMAN'S BAKERY, AND VITAL CHOICE, | |
| Defendant. | |

**DECLARATION OF ANNA GARR**

I, Anna Garr, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 and based on my own personal knowledge, that the following statements are true:

1. I am a named Plaintiff in this action. I make this Declaration in support of Plaintiffs' Response and Memorandum of Law in Opposition to Defendant's Motion to Compel Arbitration.

2. I do not recall or have records reflecting my experience on Defendant's websites on or before my subscription to Celebrations Passport in March 2021.

3. In or around March 2021, I used my desktop to purchase goods from Defendant's "1-800-Flowers" brand. This purchase included the Celebrations Passport for $19.99. In making this purchase and obtaining this subscription, I was never presented with any Terms of Use.

4. In or around March 2022, I was automatically charged approximately $33.00 (representing the $29.99 Automatic Renewal Fee plus taxes) for Celebrations Passport.

5. After noticing this unauthorized charge, I contacted Defendant because I had not been notified of the increased charge for the Celebrations Passport.

6. I have reviewed Jay Sweeney's declaration. I do not recall experiencing Defendant's website in the manner reflected by the images in his declaration.

I declare, under penalty of perjury, pursuant to the laws of the United States of America, that the foregoing is true and correct.

Executed this 29th day of October 2025 in Davidson County, Tennessee.

_____
Anna Garr