# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TIFFANY BRUNDAGE and ANNA GARR, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br>v.<br><br>800-FLOWERS, INC., D/B/A 1-800-FLOWERS.COM, HARRY & DAVID, PERSONALIZATION MALL, SHARI'S BERRIES, 1-800-BASKETS.COM, SIMPLY CHOCOLATE, FRUIT BOUQUETS.COM, CHERYL'S COOKIES, THE POPCORN FACTORY, WOLFERMAN'S BAKERY, AND VITAL CHOICE,<br><br>      Defendant. | Case No. 2:24-cv-08894-SJB-JMW |

**DECLARATION OF TIFFANY BRUNDAGE**

I, Tiffany Brundage, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 and based on my own personal knowledge, that the following statements are true:

1. I am a named plaintiff in this action. I make this Declaration in support of Plaintiffs' Response and Memorandum of Law in Opposition to Defendant's Motion to Compel Arbitration.

2. I do not have records to confirm that I purchased anything from Defendant's websites on or before my subscription to Celebrations Passport in February 2021.

3. In or around February 2021, I purchased goods from Defendant's "Simply Chocolate" brand using my mobile device. This purchase included the Celebrations Passport for $19.99. In making this purchase and obtaining this subscription, I was never presented with any Terms of Use.

4. I regularly used my Celebrations Passport benefits to purchase goods from Defendant's websites.

5. I have reviewed the declarations from Jay Sweeney and Kathleen Castellanos. To the best of my memory, the images shown in either declaration do not accurately reflect my experience with Defendant's websites. Specifically, when using the personalizationmall.com website on my mobile device, I never scrolled past the "Place Your Order" button to see that any text existed beneath the button because the website allowed me to reveal the button and proceed with my purchase. Nor was there anything on the website instructing me to scroll down past the "Place Your Order" button as a prerequisite to completing my purchase, so I never did.

I declare, under penalty of perjury, pursuant to the laws of the United States of America, that the foregoing is true and correct.

Executed this 28th day of October 2025 in Rockland County, New York.

*Signed by:* Tiffany Brundage