# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Tiffany Brundage and Anna Garr </br> *Plaintiff* </br> v. </br> 800-Flowers, Inc. </br> *Defendant* | Case No. 2:24-cv-08894-SJBJMW |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Tiffany Brundage and Anna Garr .

Date: 12/31/2025

/s/ Adrian Gucovschi
*Attorney's signature*

Adrian Gucovschi, Bar No, 5565031
*Printed name and bar number*

140 Broadway, FL. 46
New York, NY 10005

*Address*

adrian@gucovschilaw.com
*E-mail address*

(212) 884-4230
*Telephone number*

*FAX number*