

1395 Brickell Avenue, Suite 610
Miami, Florida 33131-3353
www.hedinllp.com

**Elliot O. Jackson**
(305) 357-2107
ejackson@hedinllp.com

Hon. James M. Wicks
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: *Brundage et al. v. 800-Flowers, Inc.*, No. 2:24-cv-08894-SJB-JMW

Dear Judge Wicks:

Pursuant to Local Civil Rule 1.4(b), the undersigned attorney, Elliot O. Jackson, respectfully moves for an Order granting him leave to withdraw as counsel for Plaintiffs Tiffany Brundage and Anna Garr. This withdrawal is based on Mr. Jackson's having accepted a U.S. Court of Appeals clerkship. Mr. Jackson is not asserting a charging or retaining lien in this action because Mr. Frank S. Hedin of Hedin LLP will continue to represent the Plaintiffs (*pro hac vice* materials to be filed shortly) alongside Mr. Adrian Gucovschi of Gucovschi Law Firm PLLC. Mr. Jackson's withdrawal will not affect the deadlines in this case.

Dated: December 31, 2025

Respectfully Submitted,

**HEDIN LLP**

*Elliot O. Jackson* (signature)

Elliot O. Jackson
NY Attorney Reg. No. 6076798
Email: ejackson@hedinllp.com
1395 Brickell Ave., Suite 610
Miami, Florida 33131-3302
Telephone:   (305) 357-2107

*Counsel for Plaintiffs and the Putative Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 31, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system (CMECF) to all parties indicated on the electronic filing receipt. I further certify that a copy of the foregoing was emailed to Plaintiffs. Parties may access this filing through the Court's system.

*/s/ Elliot O. Jackson*
Elliot O. Jackson

## **WORD COUNT CERTIFICATION**

I hereby certify, pursuant to the Court's Individual Practices and Local Civil Rule 7.1, that this Letter Motion contains 104 words in compliance with the word limit articulated in the Court's Individual Practices and Local Civil Rule 7.1.



1395 Brickell Avenue • Suite 610
Miami, Florida 33131-3353
(305) 357-2107 • www.hedinllp.com