| | |
|---|---|
| GUSTAVO GONZALEZ and WILLIAM KANE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>800-FLOWERS, INC., D/B/A 1-800-FLOWERS.COM, HARRY & DAVID, PERSONALIZATION MALL, SHARI'S BERRIES, 1-800-BASKETS.COM, SIMPLY CHOCOLATE, FRUIT BOUQUETS.COM, CHERYL'S COOKIES, THE POPCORN FACTORY, WOLFERMAN'S BAKERY, and VITAL CHOICE,<br><br>Defendant. | Civil Action No. 2:24-cv-08894-NJC-JMW<br><br>**NOTICE OF CHANGE OF ADDRESS** |

## <u>NOTICE OF CHANGE OF ADDRESS</u>

Please take notice that Attorney Adrian Gucovschi, counsel of record for Plaintiff, Gustavo Gonzalez and William Kane hereby changes the mailing address of record in the above-captioned matter to the following:

New Mailing Address for:
GUCOVSCHI LAW FIRM, PLLC.
165 Broadway, Fl 23
New York, NY 10006
Email: adrian@gucovschilaw.com

All future notices, filings, and correspondence should be directed to the new address and e-mail listed above.

Dated: February 3, 2026

Respectfully submitted,

By*: /s/ Adrian Gucovschi*
  Adrian Gucovschi, Esq.

**GUCOVSCHI LAW FIRM, PLLC**
165 Broadway, Fl 23
New York, NY 10006
Tel: (212) 884-4230
adrian@gucovschilaw.com

*Counsel for Plaintiff*