

600 MASSACHUSETTS AVE., NW    WASHINGTON, DC 20001
**T** 202.344.4000   **F** 202.344.8300   www.Venable.com

February 11, 2026

t 202.344.4220
f 202.344.8300
ANRothman@Venable.com

**VIA ECF**

The Honorable James M. Wicks
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722

>       Re:     *Gonzalez, et al. v. 800-Flowers, Inc.*, No. 24-cv-08894-SJB-JMW
>       <u>800-Flowers, Inc.'s Consent Motion to Adjourn Initial Conference and</u>
>       <u>Deadline for Submission of the Proposed Rule 26(f) Scheduling Order</u>

Dear Judge Wicks:

With plaintiffs' consent, 800-Flowers, Inc. requests: (1) an adjournment of the initial conference, currently set for February 18, 2026, to May 20, 2026, or thereafter as is convenient for the Court; and (2) an adjournment of the deadline for the submission of the parties' proposed Rule 26(f) scheduling order, currently due on February 11, 2026, to May 13, 2026.

On December 23, 2025, 800-Flowers filed a fully briefed motion to compel arbitration, in compliance with the Court's briefing schedule and bundling rules. (December 8, 2025, Electronic Order; Docket Entry ("DE") 32.)  That motion remains pending before the Court.

800-Flowers submits that discovery and activity related to starting discovery, including the proposed scheduling order due to this Court on February 11, 2026, and the February 18, 2026, initial conference, should be deferred until after the Court rules on the pending motion to compel arbitration.  The parties do not know whether this litigation will proceed in arbitration or in court so setting deadlines now is not feasible.  For example, if the motion is granted then any discovery will occur pursuant to the applicable arbitration rules and procedures which differ from the federal and local rules.  And, engaging in any discovery prior to resolving arbitration would be inconsistent with 800-Flowers' position that this dispute must be resolved in arbitration pursuant to applicable arbitration rules and procedures.  The parties are also discussing whether all of the issues can be resolved in the litigation with minimal or no further judicial involvement.  Plaintiffs consent to the requested relief.

Accordingly, 800-Flowers respectfully requests an adjournment of the initial conference, currently set for February 18, 2026, to May 20, 2026, or thereafter as is convenient for the Court; and an adjournment of the deadline for the submission of their proposed Rule 26(f) scheduling order, currently due on February 11, 2026, to May 13, 2026.  This will allow for complete briefing,



The Honorable James M. Wicks
February 11, 2026
Page 2

any hearing that the Court might convene, and time for the Court to rule on the forthcoming motion.

This is the sixth request to adjourn the Initial Conference. This request is made in good faith and not for the purpose of causing undue delay.

Respectfully submitted,

Ari N. Rothman (*pro hac vice*)
*Counsel to 800-Flowers, Inc.*

cc: All counsel of record (via ECF)