## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIFFANY BRUNDAGE and ANNA GARR, <br><br> Plaintiffs, <br><br> v. <br><br> 800-FLOWERS, INC., D/B/A 1-800-FLOWERS.COM, HARRY & DAVID, PERSONALIZATION MALL, SHARI'S BERRIES, 1-800-BASKETS.COM, SIMPLY CHOCOLATE, FRUIT BOUQUETS.COM, CHERYL'S COOKIES, THE POPCORN FACTORY, WOLFERMAN'S BAKERY, AND VITAL CHOICE, <br><br> Defendant. | Case No. 2:24-cv-08894-SJB-JMW <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs and Defendant hereby stipulate to the dismissal of this action, with prejudice as to Plaintiffs' individual claims and without prejudice to the claims of other similarly situated putative class members, and with each party bearing its own attorneys' fees and costs.

Dated: May 14, 2026

Respectfully Submitted,

By:   /s/ Adrian Gucovschi
Adrian Gucovschi
**Gucovschi Law Firm, PLLC**
165 Broadway, 23rd Floor
New York, NY 10006
212-884-4230
adrian@gucovschilaw.com

*Counsel for Plaintiffs*

By:   /s/ Ari N. Rothman
Ari N. Rothman
**Venable LLP**
600 Massachusetts Avenue, N.W.
Washington, DC 20001
202-344-4000
ANRothman@venable.com

*Counsel for Defendant*

1